IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CANON INC., | ) |
| | ) Case No. 18-02832-RBK-AMD |
| Plaintiff, | ) |
| | ) **ORDER LIFTING STAY OF** |
| vs. | ) **PROCEEDINGS** |
| | ) |
| WORLD CLASS INK SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

Plaintiff Canon Inc. and Defendant World Class Ink Supply (collectively, "the Parties"), through their undersigned counsel, have advised the Court that they have reached an agreement to settle this litigation and have jointly requested that the Court lift the stay of proceedings entered on April 17, 2018 so that the Parties may submit a Stipulation, Consent Judgment and Permanent Injunction ("Consent Judgment") for review and approval by the Court.

Accordingly, for good cause shown, it is hereby **ORDERED** that the current stay of proceedings is hereby lifted to allow the Parties ~~to allow the Parties~~ to submit their Consent Judgment for consideration by the Court.

5/31/2018

**ROBERT B. KUGLER**
United States District Judge

# 3554451